**STATE v. CHERRY**

[350 N.C. 588 (1999)]

STATE OF NORTH CAROLINA v. DENNIS RAY CHERRY

No. 550PA98

(Filed 25 June 1999)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) of a unanimous, unpublished decision of the Court of Appeals, 131 N.C. App. 555, 512 S.E.2d 98 (1998), finding no error in judgments entered by Parker, J., on 1 December 1997 in Superior Court, Pitt County. Heard in the Supreme Court 12 May 1999.

*Michael F. Easley, Attorney General, by Reuben F. Young, Assistant Attorney General, for the State.*

*Jeffery B. Foster for defendant-appellant.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.